UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATIONAL WASTE ASSOCIATES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:20-cv-00654 ) |
| LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

In accordance with the accompanying Memorandum Opinion, NWA's Motion for Summary Judgment (Doc. No. 67) is **DENIED** and Lifeway's Motion for Summary Judgment (Doc. No. 64) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, Lifeway's motion is **GRANTED** on NWA's unjust enrichment claim, NWA's quantum meruit claim, and NWA's request for contractual attorney's fees; Lifeway's motion is **DENIED** on NWA's breach-of-contract claim and NWA's request for punitive damages.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE